**SO ORDERED.**

**DONE and SIGNED September 4, 2018.**

_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**
_____

# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** John S. Hodge

---

In Re: Ryan Casey Watson
Debtor(s)

Case No.: 17−30359
Chapter 7

4030 Front Street, LLC
**Plaintiff(s)**

Adversary No: 17−03020

v.

Ryan Casey Watson
**Defendant(s)**

---

### Order Granting, In Part, and Denying, In Part, Motion to Award Attorneys Fees and to Tax Costs

Considering the "Motion to Award Attorney Fees under FRCP 54 (LR 54.2) and to Tax Costs Under FRCP (LR 54.1 and 54.3)" (the "Motion"), the record and relevant authorities:

IT IS HEREBY ORDERED:

1. The request for attorneys fees is DENIED for the reasons set forth in the "Memorandum to Opposition to Motion for Attorneys Fees and Costs" filed by Defendant as Docket Entry No. 60.

2. The request for taxation of costs in the amount of $646.00 is GRANTED. LR 54.3 expressly permits a party to seek taxation of costs "within 30 days after receiving notice of entry of judgment." The request for taxation of costs was timely made pursuant to LR 54.3 and properly supported by the Motion and supporting Memorandum.

3. All other relief requested by the Motion is DENIED.

###